UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID RAYMOND WEJRANDT,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

                                                   /

Case No. 16-10018

Honorable Nancy G. Edmunds

## **ORDER ADOPTING THE MAGISTRATE JUDGE'S JULY 11, 2017 REPORT AND RECOMMENDATION [20]**

In a report and recommendation ("R & R") issued on July 11, 2017, Magistrate Judge David R. Grand recommends that the Court deny Plaintiff David Raymond Wejrandt's motion for summary judgment and grant the Defendant Commissioner of Social Security's motion for summary judgment. No objections have been filed to the R & R, and the deadline for doing so has passed. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, No. 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citation omitted). Nonetheless, having reviewed the R & R, the parties' underlying summary judgment motions, and the administrative record, the Court concurs in the Magistrate Judge's analysis, and therefore ACCEPTS and ADOPTS the Magistrate Judge's R & R.

Accordingly, it is hereby ordered, for the reasons stated in the R & R, that Plaintiff's October 13, 2016 motion for summary judgment [15] is DENIED, that Defendant's October

27, 2016 motion for summary judgment [16] is GRANTED, and that the administrative decision denying Plaintiff's claim for benefits is AFFIRMED.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: August 28, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 28, 2017, by electronic and/or ordinary mail.

s/Carol J. Bethel
Case Manager